1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF FLORIDA

3              TALLAHASSEE DIVISION

4

5   JIMMY WAKEFIELD,

6          Plaintiff,

7   vs.

8   UNITED STATES OF AMERICA,

9          Defendant.

10   _____/

11                  TELEPHONIC DEPOSITION OF JIMMY WAKEFIELD

12

13     TAKEN in the above-styled cause, at the United States

14   Attorney's Office, 111 N. Adams Street, Fourth Floor,

15   Tallahassee, Florida, on the 30th day of March, 2015,

16   commencing at 9:00 a.m.

17

18

19

20

21

22

23

24

25

LISA C. SNYDER, COURT REPORTER

1      A     Which, serving a life sentence, it really-- them
2   taking good time doesn't really count, or it doesn't matter.   I
3   mean, it does matter but it doesn't really count.   Do you
4   understand?

5      Q     So if I understand correctly, if you are disciplined
6   for anything, as someone serving a life sentence, it doesn't
7   really, in your mind, doesn't really matter much?

8      A     No.   I wouldn't say it doesn't matter.   If you are
9   serving a life sentence, and you catch a shot-- just say an
10  officer walks in your cell one morning and starts screaming and
11  hollering, and you jump out of bed-- you are asleep and you
12  jump out of bed, and your first reaction is you don't know if
13  somebody is coming in to attack you, because of the environment
14  we live in, or what's really going on.   All you know is you got
15  this man in your cell screaming and hollering at you, your
16  first instinct is to bark back at them, or cuss them out.   I
17  don't know.   It's really kind of probably hard for you to
18  understand, but in this type of environment it's either be
19  tough, or fall to the prey, and the ones that fall to the prey,
20  they are the ones that suffer.   These other guys in here they
21  take advantage of the weak ones.   And, if you are not able to
22  stay on your own two feet, then I feel sorry for you.   Majority
23  of the time, there is nothing that we can do to protect them
24  once they fall prey to other races.   I don't mean to say that,
25  or put it on some kind of racist level or anything, but you

1     A     No, ma'am.

2     Q     So, there are no other times where you had to get

3  stitches after a run-in with another inmate?

4     A     No, ma'am.

5     Q     Or anyone else in the prison?

6     A     No, ma'am.

7     Q     I know that you mentioned that you had been taking

8  the Trazodone.  You testified that the last time you took it

9  was about eight months ago, and since then you took yourself

10  off of it; is that correct?

11     A     Yes, ma'am.

12     Q     Since you stopped taking the Trazodone, are you

13  feeling any mental distress or mental anguish?

14     A     Some days are worse than others, but I guess it might

15  have something to do with the reason I was taking the

16  medication, or-- I don't know.  Maybe it's the cause of the

17  environment that I am in.  I don't know.  It could probably be

18  just the environment that I am in.  Some days are way worse

19  than others.  Some days are better than others.

20     Q     By the environment, could you be more descriptive?

21     A     Just being in an environment where, like I told you

22  earlier, all these guys, certain few guys, they want to try to

23  pick on the young, vulnerable guys when they come in, and being

24  in that environment to where anything could happen at any

25  second.  You could literally die any second in here.  It just

1    then the second part of that is, what would be the extent of

2    their knowledge?  What do you believe they would know to help

3    you prove your case?

4         A     Probably that they just seen it happen.  You know, I

5    don't know.  I honestly don't know if-- I don't think they had

6    any forewarned knowledge that it was going to happen.  I don't

7    believe that anybody knew it was going to happen.  I just

8    believe that it happened because the person-- I don't know.  I

9    don't know what he was thinking in his head.

10        Q     When you say that you don't believe anyone knew it

11   was going to happen--

12        A     Yeah.

13        Q     -- what do you mean?

14        A     Except for the kid that did it.  I don't believe that

15   he ran around and said that he was going to do this to me on

16   this day.  I think he kept it to himself.  I could be wrong.

17   He could have told somebody.  But, at the time it was my

18   understanding that there was really no animosity among me and

19   the individual.

20        Q     Okay.  I will get further into that.  Let me ask you,

21   you said that the inmates who observed what happened; can you

22   recall the names of any of those inmates?

23        A     There is one inmate I know.  I got his name and

24   number wrote down, and his address, but I don't have it with

25   me.  I got it in my property.

1  all of my legal work like I started to.  Names are kind of a

2  blank right this second.

3      Q    So, there are two other inmates in cage three with

4  you?

5      A    Yes, ma'am.

6      Q    And, where is the inmate who cut you?

7      A    He is in the recreational cage with me.  There is

8  three of us in the recreational cage.

9      Q    So it's the one who cut you, and then there is a

10  second inmate and then yourself?

11      A    Yes, ma'am.

12      Q    The inmate, I believe, you said Ramani--

13      A    Yes, ma'am.

14      Q    -- you were talking with him through a fence?

15      A    Yeah.  He called me over to the fence and started

16  talking to me, and then that's when the inmate come up behind

17  me and cut me across the face twice.  And, he had-- it was two

18  razor blades melted into the end of a toothbrush, so each cut

19  was two razor blades.  When he cut me twice that put four cuts

20  across my face.

21      Q    Give me a moment.

22      A    All right.

23      Q    Let me go back.  Prior to coming out to the rec yard,

24  where were you?

25      A    Inside the unit.  We was-- they had us all locked

```
1    down into individual cells-- not individual cells, but they had
2    us locked down in the regular unit, but it was kind of like an
3    over-flow for the SHU.  That's the status they had us on.
4         Q    Now how long had you been housed at FDC by this time?
5         A    The time of the incident?
6         Q    Yes.
7         A    About a good four or five months.
8         Q    You were housed in a location inside the SHU, or near
9    the SHU?
10        A    No.  It was near the SHU.  It was a regular housing
11   unit, but their SHU only had 12 cells.  They had us all in the
12   unit, but the unit was on lock down status so it was considered
13   like an over-flow for the SHU.
14        Q    Do you know why it was on lock down status?
15        A    Yes, ma'am.  Because all of us came from USP Coleman
16   1 and USP Coleman 2 as over flow, so they sent us all down to
17   FDC and kept us in the unit locked down.  All of us that were
18   there were pending the SMU designation.  That was right at the
19   time when the BOP come out with a SMU program, which is a
20   special management--
21        Q    What is your understanding of the special management
22   unit, otherwise known as SMU, S-m-u?
23        A    It's for violent disruptive group, and guys that--
24   mostly the guys that I have seen go there is gang members that
25   get into fights with other gang members and stab each other up
```

1  real bad, or was to kill another inmate, or get into an

2  altercation with the staff that resulted in one of the staff

3  members getting hurt, or something.

4      Q    Was it your understanding that you had been

5  designated for the SMU?

6      A    No, ma'am.  I had been rejected because I had no kind

7  of disciplinary report.

8      Q    You say you had been rejected; what do you mean?

9      A    Denied.  They denied me for the SMU.

10     Q    Had you requested to be assigned to the SMU?

11     A    No, ma'am.  The administrative staff in USP Coleman 2

12  put me in for it because I just had the 100 series shot, the

13  possession of the outfit, the rig, the drug paraphernalia, and

14  they put me in the SHU and submitted me for the SMU.  I was

15  denied, but before I was denied we was all transferred down to

16  FDC Tallahassee.  You had a bunch of guys coming from Yazoo,

17  Mississippi.  You had a bunch of guys coming from us, coming

18  from Coleman, just the surrounding counties and surrounding

19  prisons, they sent us over-flow down to FDC Tallahassee.

20     Q    So, what was your status at the time that you made it

21  to Tallahassee FDC?

22     A    I was just pending SMU designation, or SMU transfer.

23  They denied me, so they turned around and resubmitted it again

24  to the SMU.  They denied me again.  The whole time I was there

25  I was under trans-seg status.

LISA C. SNYDER, COURT REPORTER

1      Q     What is trans-seg?

2      A     Meaning I was in the SHU at Coleman and they

3   transferred me to the other segregation unit, being FDC

4   Tallahassee, meaning that it's the SHU, locked up in the SHU,

5   special housing unit.

6      Q     You mentioned there was a disciplinary issue which

7   occurred immediately before the request for you to be

8   designated in the SMU?

9      A     Yes, ma'am.

10     Q     Tell me about that incident.

11     A     That was a 100 series shot.  That's when I got busted

12   with the rig, the outfit as you would say, syringe.  I had been

13   in Coleman for a few years, and at the time the captain really

14   didn't like me, and he told me, "The next time you get into

15   trouble I'm going to get rid of you".  And, I told him, "Well,

16   you got to do your job.  You got to do your job, you know.  You

17   got to do what you got to do".  So, a few months later, when I

18   got caught with the syringe and I went to the SHU, he told me,

19   "I told you I was going to get you".  I said, "Well, I kind of

20   got myself, but you got to do what you got to do".  Well, they

21   let me out of the SHU back to general population.  The

22   following weekend they had a Muslim guy got into an altercation

23   with an officer and beat the officer up real bad on the other

24   side of the compound, in a whole different housing unit.  They

25   locked down the institution, and made a list of everybody's

1  together.

2      Q    So you were cellmates only in Tallahassee at FDC?

3      A    Yes, ma'am.  Just for a couple of months, if that.

4      Q    Was that approximately February to April of 2012?

5      A    Yes, ma'am.

6      Q    Then the incident occurred May 2012?

7      A    Yes, ma'am.

8      Q    During that time that you were cellmates, was it just

9  the two of you in a cell?

10     A    Yes, ma'am.

11     Q    What was your relationship with your attacker?

12     A    At the time, my understanding was that everything was

13  okay.  I mean, we never had a disagreement, as far as I knew.

14  And if it was, it was never spoke on or brought up.  As far as

15  I knew, everything was okay.  There was one incident where we

16  was coming back from recreation, and he told the lieutenant

17  that he was tired of living with me, either move him out or he

18  was going to make them move me.  And, the lieutenant went in

19  and grabbed his belongings and moved him to another cell.  It

20  was my understanding it was just an attempt to get his own

21  cell, because they had room to let everybody-- there wasn't

22  that many people left in the unit, you know what I mean.  They

23  had empty cells.  So, he was basically trying to get his own

24  cell, or that was my impression because that's what he told me.

25     Q    That's what the inmate told you?

1    A    Yes, ma'am.

2    Q    Did he tell you that before or after--

3    A    He told me after.

4    Q    After he told this to the lieutenant?

5    A    Yeah.

6    Q    And, so basically the two of you got along during the

7  time that you were cellmates?

8    A    Yes, ma'am.

9    Q    No argument and no fights?

10    A    No, ma'am.

11    Q    Did you ever see this inmate with any type of

12  homemade shank prior to the incident occurring in May?

13    A    I never seen him with it, but I knew he had one.

14    Q    How did you know he had one?

15    A    He was talking about it.  He had another-- we had

16  another inmate show up from Coleman that was from his area

17  where he was from, Missouri, and the guy was not a good guy.

18  He pulled a couple of stunts there when he was at Coleman and

19  got locked up, went to the SHU, and then refused to go back out

20  to the compound because he knew he had done some stuff that he

21  wasn't supposed to do.  So ATTACKER the kid that attacked me--

22  that's his name.

23    Q    Okay.  Now you remember the name?

24    A    Yeah.  He is the one who attacked me.  He is the

25  one-- he told me and the other guy, CONSPIRATOR which is the

1    other kid that was in the recreation cage, that he was going to

2    jump on this new guy, his home boy, because he knew that he had

3    pulled a stunt on the yard and got locked up.  Basically, the

4    kid was masturbating towards the female officers, so ATTACKER said

5    that he was going to cut him-- get him out of the rec cage and

6    cut him.  But, the guy would never come out to the recreational

7    cage, so I fell prey to that razor blade.

8         Q    I am sorry?

9         A    I fell under that razor blade, the one he made to

10   attack the other kid I guess.

11        Q    So, did you ever say that you had seen ATTACKER with the

12   shank?

13        A    No, ma'am.  I never seen it.

14        Q    Okay.  But, he had told you about it?

15        A    Yes, ma'am.

16        Q    And, he had told you that he was going to attack this

17   other inmate with it?

18        A    He never told me that.  CONSPIRATOR the other kid

19   that was in the recreational cage, he is the one that said that

20   he was going to get his home boy with it if he comes out here

21   to the rec cage.

22        Q    Can you give me a sense of time on that conversation

23   with CONSPIRATOR When did he tell you that in relation to the

24   incident occurring on the rec yard?

25        A    Maybe like a month before.  Two weeks before.

LISA C. SNYDER, COURT REPORTER

1       Q      Two weeks or a month?

2       A      Two weeks.

3       Q      So about two weeks prior to you being slashed in the

4    face?

5       A      No.  No.  Little bit longer than that.  I would say

6    about a month.  Say a month.

7       Q      Okay.  A month prior to you being slashed in the

8    face, CONSPIRATOR tells you that ATTACKER has a homemade shank and

9    he is going to attack his home boy; is that correct?

10      A      More or less, yeah.

11      Q      Did you ask CONSPIRATOR where did he get the shank

12   from?

13      A      Say it again.

14      Q      Did you ask CONSPIRATOR where he got the shank from?

15      A      Well, I mean it was more or less-- I already knew,

16   because you had a couple of-- you got a couple of orderlies

17   running around the unit when we are showering, and they are

18   stealing the razors, and they are passing them out to whoever

19   wanted one.  And, CONSPIRATOR, ATTACKER the orderly even came and

20   asked me if I wanted a couple of them.  SIS had just came and

21   shook all of our cells down, which they took all kinds of

22   little wires, extra batteries, stuff like that out of our

23   cells, that we are not supposed to have, which is considered

24   contraband, but it's trash.  It's not really contraband, but

25   they consider it contraband because it's trash and we are not

1   supposed to hold on to it.  They shook our cells down.  I told

2   the orderly, "No; I don't want one because that's a shot, and

3   I'm really not trying to catch a shot while I'm here".  So--

4   but, I found out that ATTACKER and CONSPIRATOR both got one.

5        Q     How did you find that out?

6        A     Well, they told me.

7        Q     When did they tell you?

8        A     Couple days later at rec.

9        Q     When you say a couple days later, are you talking

10   about before or after the slashing incident?

11        A     No.  This is way before.

12        Q     Okay.  How did the conversation start?  Why did they

13   tell you they had gotten a razor?

14        A     CONSPIRATOR asked me.  He was like, "Hey, did you

15   holler at the orderly".  I said, "what do you mean".  He is

16   like, "He's passing out razors like they are candy".  I said,

17   "He came and asked me".  He said, "Shit, I got one".  He said,

18   ATTACKER got one, too".  The kid's name was Slick.  That's the

19   name that I was trying to think of.  That's his nickname,

20   Slick.

21        Q     You got to remind me, which kid are you referring to?

22        A     ATTACKER

23        Q     ATTACKER was also known as Slick?

24        A     Slick.  Yes, ma'am.

25        Q     Okay.  I am trying to keep the players straight.

```
 1        A     All right.  All right.

 2        Q     You said that [CONSPIRATOR] told you that the orderly

 3   was passing out the razors like they were candy?

 4        A     Yes, ma'am.

 5        Q     Do you know who the orderly was?

 6        A     Uh, I can't remember his name, but I was-- I was in

 7   another institution-- when I first came from Leavenworth down

 8   to Coleman 1, he was there.  He was in my same unit and

 9   everything.  His name was Marco.

10        Q     So you knew his name?

11        A     Yes, ma'am.

12        Q     Tell me again, what did you tell Marco when he

13   confronted you and asked you if you wanted a razor.

14        A     I told him, "No; I'm cool".

15        Q     Did he accept your response?

16        A     Yeah.  He left.

17        Q     Now, what was Marco getting in exchange for the

18   razors?

19        A     I don't know if he was charging guys a couple of

20   stamps, or soups, or whatever.  He could have been.  I don't

21   think Slick or [CONSPIRATOR] gave him anything.  Or, if they did,

22   I don't know.

23        Q     Why do you say that?

24        A     I mean, they were on the other side of the unit like

25   six or seven cells down from me, so if they gave him something
```

LISA C. SNYDER, COURT REPORTER

1   was going to try to get him out to the rec cage so he could get

2   him.  I told him, "Well, let me know what day it is because I'm

3   not trying to be around none of that".  So, I guess-- I don't

4   know if that had anything to have them change their opinion of

5   me, or whatever, me not wanting to be around any of that.  They

6   might have changed their opinion of me.  I don't know.

7       Q    Did this other inmate, did he get attacked at any

8   time while you were there?

9       A    Can you say that again?

10      Q    You said ATTACKER was supposed to attack his home boy.

11  Did his home boy ever get attacked?

12      A    No, ma'am; he never came out to the outside

13  recreation.  He got transferred.

14      Q    At the time that he got transferred, were you aware

15  that he had left?

16      A    Yes, ma'am.  They do it early in the morning right

17  after breakfast.  They serve breakfast, and then they would

18  come around and call all of the guys out that was leaving, so

19  you would see them leave.

20      Q    Okay.  At any time did you see-- first let me ask

21  you, what is a shank?  What is a homemade shank?

22      A    A homemade shank could be a knife, a piece of metal

23  sharpened on one side.  It could be razor blades melted into

24  the end of a toothbrush.  Any kind of weapon that's going to

25  cut you, or that could stab you.  A shank is considered a knife

LISA C. SNYDER, COURT REPORTER

1    that's filed down on one side with a homemade handle.

2         Q     I know you said that [ATTACKER] had asked to be removed

3    from your cell in an attempt to have a cell of his own; did

4    that, in fact, happen?

5         A     Yes, ma'am.  That very same day.

6         Q     At any time did he end up being cellmates with

7    Vorterburg?

8         A     Yes, ma'am.

9         Q     So when he left from being your cellmates, did he get

10   a cell by himself, or did he--

11        A     He moved-- the lieutenant moved him into a cell by

12   himself for right about a month, or two, and then the

13   lieutenant came around and said, "Listen, y'all going to have

14   to find somebody to move in with because we got a bunch of

15   people coming".  And, I told the lieutenant, I said "Listen, I

16   have been denied for the SMU.  I am waiting for redesignation.

17   All of these guys, they are SMU inmates".  So they put them two

18   together, [CONSPIRATOR]  and [ATTACKER]  they put them together because

19   they were already designated for the SMU.  They were just

20   waiting for a bed to open up at the SMU for them to go.

21        Q     Got it.  So you ended up having the cell to yourself?

22        A     Yes, ma'am.

23        Q     Okay.  In your conversations with [ATTACKER] isn't it

24   true that he had bragged about cutting people and attacking

25   people?

1    A    Yes, ma'am; he did.

2    Q    What did he tell you?

3    A    That he had cut up a couple other-- he had cut some

4  other people, and he even stabbed another guy.

5    Q    When did he tell you this?

6    A    When we were cellees (phonetic).

7    Q    Did you believe him to be in a gang?

8    A    No, ma'am.  He wasn't a gang member.

9    Q    What do you recall about ATTACKER at Coleman?  Did you

10  have any interaction with him while the two of you were serving

11  time at Coleman?

12    A    No, ma'am.  I never seen him in the general

13  population.  He was at USP Coleman 1, after I got transferred

14  from USP Coleman 1 to USP Coleman 2.  I never knew him or never

15  seen him.  That's two different institutions.  But when I was

16  trans-seg from USP Coleman 2 SHU back to the Coleman 1 SHU,

17  that's when I met him because I knew his cellmate from when I

18  was in Leavenworth.

19    Q    Whose cellmate?

20    A    ATTACKER's cellmate.

21    Q    Okay.  What about CONSPIRATOR  Did you know

22  CONSPIRATOR before meeting him at FDC?

23    A    No, ma'am.

24    Q    Had you heard anything about his reputation?

25    A    No, ma'am.  After I got to FDC Tallahassee is when I

LISA C. SNYDER, COURT REPORTER

1    heard.

2        Q    What did you hear?

3        A    That he was a gang member and that he had cut up

4    people before, too.  That he was known to cut people, too.

5        Q    So you had basically heard that ATTACKER and CONSPIRATOR

6    both had a reputation for cutting up people?

7        A    Yep.

8        Q    Going back to this planned attack by ATTACKER of his

9    home boy, did anyone ever report that to the prison officials?

10       A    No, ma'am.

11       Q    Did you ever report it?

12       A    No, ma'am.

13       Q    Why not?

14       A    Well, that will get you killed in here.  I mean, if

15   you are in a position to where you can help somebody when it

16   goes down, then if you can help them, help them.  But, if it

17   comes out later on that you were the one that went and told the

18   staff you knew this was going to happen but you went and told

19   the staff, well now you are in a worse predicament than that

20   guy was in.  They are going to try to kill you.  I got a life

21   sentence.  I can't live looking over my shoulder every day.  I

22   mean, some people can understand that.  Some people can't, you

23   know...

24       Q    But, would you agree that you pretty much have to

25   look over your shoulder every day now, because you said before

1  that anything can happen at any second?

2      A      Yeah.  But, it's different when you know it's a

3  possibility it will get out, that you have done something you

4  are not supposed to do, or you are just living day-to-day in an

5  everyday environment in here.  That's a whole, whole different

6  ballgame.

7      Q      Okay.  Let's go back to prior to going out to the rec

8  yard.  You were in your cell; is that right?

9      A      Uh huh (Indicating in the affirmative).  Yes, ma'am.

10     Q      And then do you recall being removed from your cell?

11     A      Yes, ma'am.

12     Q      And, for what purpose?

13     A      To go to the recreation.  We talking about the same

14  day of the attack?

15     Q      Yes.

16     A      The officer came and took me out of my cell and took

17  me to recreation.

18     Q      Did you go to recreation every day at a certain time

19  or--

20     A      It kind of-- one day we would go in the morning,

21  right after breakfast, right about 8:30, and then the very next

22  day they would switch us out and we would go after lunch.  It

23  was back and forth, and we went Monday through Friday.  No rec

24  on Saturday or Sunday.

25     Q      Okay.  So, were you aware that you were going to rec

```
1        Q     Okay.  So, they were already in there?

2        A     Yes, ma'am.

3        Q     Were you the last one to be placed inside of that

4   cage?

5        A     Yes, ma'am.

6        Q     So you don't know what would have occurred prior to

7   your arrival to cage three?

8        A     No, ma'am.

9        Q     You don't know whether or not they were searched like

10  you were yourself?

11       A     They might have been pat down, but I don't know about

12  the wand because I didn't see it.

13       Q     They may have been, and you didn't know about it

14  because you weren't there; right?

15       A     Yeah.

16       Q     So, then what happens after you are placed in the

17  recreation cage?

18       A     CONSPIRATOR asked me, "We doing burpees today".  I was

19  like, "No; I'm good, man".

20       Q     What is that term?

21       A     Burpee.

22       Q     What is that?

23       A     It's where you are in a stand-up position, you go

24  down and you do a push-up and you come back up.

25       Q     Oh.
```

1    Q    She hits the button to immediately call for--

2    A    Assistance.  Yes, ma'am.  The panic button.

3    Q    The panic button.  Did someone come right away?

4    A    Yes, ma'am.  A lieutenant and about six or seven

5  officers.

6    Q    Did they come and get you out of the cage?

7    A    Yes, ma'am.  A lieutenant opened the cage and

8  snatched me out.

9    Q    Where did you go at that point?

10    A    Straight to the medical.

11    Q    So, you immediately received medical attention?

12    A    Yes, ma'am.  They took me to medical.  They held

13  pressure on it.  And, there was a nurse there-- I can't

14  remember her name right off the top of my head-- that was real

15  nice.  She held pressure to it.  She cleaned it up as best she

16  could, and she took care-- she did the best she could until the

17  paramedics got there.

18    Q    The paramedics actually showed up at FDC to transport

19  you to the hospital?

20    A    Yes; to the memorial.  Tallahassee.

21    Q    Did you see who cut you?

22    A    At first, no.  But then as I-- later on, days later,

23  I really sit and thought about it, and played it over and over

24  in my head, I got a glimpse of who did it.

25    Q    Who was it?

LISA C. SNYDER, COURT REPORTER

CERTIFICATE OF OATH

STATE OF _Pennsylvania_

COUNTY OF _Wayne_

I, the undersigned authority, certify that Jimmy Ray Wakefield, Inmate Number 16902-056, personally appeared before me and was duly sworn.

I, certify that the deposition was held at the United States Penitentiary, Waymart, PA, mailing address is P.O. Box 300, Zip Code 18472.

I certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

I further certify that once the oath was administered, I left the deposition room and was not personally present in the room during the deposition testimony.

WITNESS my hand and official seal this ___30th___ day of ___March___, 2015.

/s/ _Cathy J Gebert_

Notary Public

COMMISSION EXPIRES: _08-27-2017_

COMMISSION NUMBER: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CATHY J GEBERT
Notary Public
CANAAN TWP, WAYNE COUNTY
My Commission Expires Aug 27, 2017