UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY RAY WAKEFIELD,
    Plaintiff,

v.                                Case No. 04:13cv00339-WS-GRJ

UNITED STATES OF AMERICA,
    Defendant.
_____/

## DECLARATION OF CAPT. McCOLLOUGH

I, Roan McCollough, hereby declare and state the following:

    1.     I am employed by the Bureau of Prisons (BOP) as a Captain.  I have been employed by the Bureau of Prisons for 14 years.   I have served as a Captain for approximately 3 years.  I am currently tasked with supervising correctional officers and maintaining the security and control of inmates housed at the Federal Correctional Institution (FCI) and Federal Detention Center (FDC) in Tallahassee, Florida.

    2.     Upon further review of the Razor Log Book, it has been recently determined that there were times when the retrieval of the razors were not noted in the Log Book.  (See Attachment B-Exh 1)

    3.     On May 11, 2012, I was not aware that an orderly had stolen razors or that stolen razors had been distributed to the inmates.

    4.     On May 11, 2012, I was not aware that there was a plan to attack Plaintiff or any other inmates by Plaintiff's attackers.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

                Executed this __1ˢᵗ__ day of __MAY__ _____, 2015.

                                        Capt.  Roan McCollough
                                        Federal Correctional Institution, Tallahassee
                                        Federal Bureau of Prisons

# ATTACHMENT B-EXH. 1

# RAZOR LOG BOOK EXCERPT (REDACTED)



| Date | Name Reg | Reg | Issue | Return | Count | Staff | Da |
|---|---|---|---|---|---|---|---|
| | | | 2 | 2 | — | | 4.15 |
| | | | 2 | 2 | — | D.H. | 4.13 |
| | | | 2 | 2 | | GH | |
| | | | 3 | 23 | | MC | |
| | | | 2 | 2 | | GH | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 3 | 3 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2 | | | | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2+1 | 2 | | MC | |
| | | | 2 | 2 | | MC | |
| | | | 2 | 2 | | GH | |
| | | | 2 | 2 | | MC | |
| | | | 3 | 3 | | GH | |
| | | | 2 | | | | |
| 4-11-12 | Wakefield | | 2 | 2 | 48 | GH | |
| | | | 2 | 2 | 40 | GH | |
| | | | 2 | 2 | 44 | GH | |
| | | | 2 | 2 | 42 | GH | |
| | | | 1 | 1 | 41 | GH | |
| | | | | 2 | | GH | |
| | | | 2 | 2 | | | |
| | | | 2 | 2 | | D.H. | |
| | | | 2 | 2 | | D.H. | |
| | | | 2 | 2 | | D.H. | |
| | | | 2 | 2 | | D.H. | |
| | | | 2 | 2 | | D.H. | |
| | | | 2 | 2 | | D.H. | |
| | | | 2 | 2 | | D.H. | |

| Date | Name | Reg# | Issue | Return | Count | Staff |
|------|------|------|-------|--------|-------|-------|
| | ███ | | 1 | 1 | 23 | MC |
| | | | 2 | 2 | | MC |
| | | | 2 | | | MC |
| | | | 2 | 2 | | MC |
| | | | 2 | 2 | | Mc |
| | | | 2 | 2 | | NC |
| | | | 3 | 3 | | MC |
| | | | 2 | 2 | | MC |
| | | | 2 | 2 | | MC |
| | | | 2 | 2 | | ██ |
| | Wakefield | | 2 | 2 | | MC |
| | | | 2 | 2 | | Mc |
| | | | 2 | 2 | | MC |
| | | | 2 | 2 | | MC |
| | | | 2 | 2 | | MC |
| | | | 2 | 2 | | ██ |
| | | | 2 | 2 | | ██ |
| | | | 2 | 2 | | ██ |
| | | | 2 | 2 | | ██ |
| 4-16-12 | | | 2 | 2 | 52 bal. | ██ |
| 4-17-12 | | | 3 | 3 | 49 | ██ |
| 4-18-12 | | | 2 | 2 | 47 | ██ |
| 4-2 | | | 2 | 2 | 45 | ██ |
| | | | 2 | 2 | 43 | ██ |
| 4-27 | Wakefield | | 2 | 2 | 41 | ██ |
| 4-712 | | | 2 | 2 | 34 | ██ |
| | | | 2 | 2 | 37 | MC |
| | | | 2 | 2 | 35 | MC |
| | | | 2 | 2 | 33 | ██ |
| | | | 2 | 2 | 31 | ██ |
| | | | 1 | 1 | 30 | Beed |
| | | | 1 | 1 | 29 | Beed |
| | | | 2 | 2 | 27 | Beed |
| | | | 1 | 1 | 26 | Beed |
| | | | 2 | 2 | 24 | Beed |
| | | | 2 | 2 | 22 | Beed |

| Date | Name | Reg# | Issue | Return | Count | Staff |
|---|---|---|---|---|---|---|
| 4.13.12 | ██████ | | 1 | 1 | 23 | MC |
| 4.13.12 | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 3 | 3 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | Wakefield | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | MC |
| | ██████ | | 2 | 2 | | |
| | ██████ | | 2 | 2 | | |
| | ██████ | | 2 | 2 | | |
| | ██████ | | 2 | 2 | | |
| 4-16-12 | ██████ | | 2 | 2 | 52 bal | |
| 4-17-12 | ██████ | | 3 | 3 | 49 | |
| 4-18-12 | ██████ | | 2 | 2 | 47 | |
| 4-?? | ██████ | | 2 | 2 | 45 | BA |
| 4-?? | ██████ | | 2 | 2 | 43 | BA |
| 4-27 | ██████ | | 2 | 2 | 41 | BA |
| 4-?? | ██████ | | 2 | 2 | 39 | BA |
| | ██████ | | 2 | 2 | 37 | MC |
| | ██████ | | 2 | 2 | 35 | MC |
| | ██████ | | 2 | 2 | 33 | BA |
| | ██████ | | 2 | 2 | 31 | BA |
| | ██████ | | 1 | 1 | 30 | Beck |
| | ██████ | | 1 | | 29 | Beck |
| | ██████ | | 2 | 2 | 27 | Beck |
| | ██████ | | 1 | 1 | 26 | Beck |
| | ██████ | | 2 | 2 | 24 | Beck |
| | ██████ | | 2 | 2 | 22 | Beck |

| Date | Name | Req# | Issue | Return | Count | Staff |
|---|---|---|---|---|---|---|
| 4/27/12 | ■■■ | | 2 | | 16 | Bo. |
| | ■■■ | | 2 | | 14 | |
| | ■■■ | | 2 4 | | 10 | |
| | ■■■ | | 2 | | 8 | |
| | ■■■ | | 2 | | 6 | |
| 4-30-12 | ■■■ | | 1 | 1 | 5 | Bush |
| | | | | | +50 | |
| 4-30-12 | ■■■ | | 2 | 2 | 48 | Bush |
| | ■■■ | | 2 | 2 | 46 | Bush |
| | ■■■ | | 1 | 1 | 45 | Bush |
| | ■■■ | | 2 | 2 | 44 | Bush |
| | ■■■ | | 2 | 2 | 42 | Bush |
| | ■■■ | | 2 | 2 | 40 | BSRH |
| | ■■■ | | 4 | 4 | 36 | Bush |
| | ■■■ | | 2 | 2 | 34 | Bush |
| | ■■■ | | 2 | 2 | 32 | Bush |
| | ■■■ | | 2 | 2 | 30 | Bush |
| | ■■■ | | 2 | 2 | 28 | Di |
| | ■■■ | | 2 | 2 | 26 | Dr |
| | ■■■ | | 2 | 2 | 24 | Bush |
| | ■■■ | | 2 | 2 | 22 | DP |
| | ■■■ | | 1 | 1 | 21 | Do |
| | ■■■ | | 2 | 2 | 19 | |
| | ■■■ | | 2 | 2 | 17 | Mc |
| | ■■■ | | 2 | 2 | 15 | |
| | Wakefield | | 2 | 2 | 13 | DB |
| | ■■■ | | 2 | 2 | 11 | DD |
| | ■■■ | | 2 | 2 | 9 | DD |
| | ■■■ | | 2 | 2 | 7 | |
| | ■■■ | | 1 | 1 | 6 | |
| 4-30-12 | ■■■ | | 2 | 2 | 4 | |
| 5-4-12 | ■■■ | | 2 | 2 | | |
| | ■■■ | | 2 | 2 | | |
| | ■■■ | | 2 | 2 | | |
| | ■■■ | | 2 | 2 | | |
| | ■■■ | | 2 | | | |

| Date | Name | Reg# | Issue | Return | Count | Staff |
|---|---|---|---|---|---|---|
| 5-5-12 | [redacted] | | 2 | 2 | | Hughes |
| 5-5-12 | [redacted] | | 2 | 2 | | H |
| | [redacted] | | 2 | 2 | | H |
| | [redacted] | | 2 | 2 | | H |
| | [redacted] | | 1 | 1 | | MC |
| | [redacted] | | 2 | 2 | | H |
| | [redacted] | | 2 | 2 | | H |
| | [redacted] | | 2 | 2 | | H |
| | [redacted] | | 2 | 2 | | Hughes |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | MC GH |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | 7E |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | AD |
| | [redacted] | | Z | 2 | | GH |
| | Wakefield | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | TL |
| | [redacted] | | 2 | 2 | | TL |
| | [redacted] | | 2 | 2 | | TL |
| | [redacted] | | 2 | 2 | | 7E |
| | [redacted] | | 2 | 2 | | TL |
| | [redacted] | | 2 | 2 | | DB |
| | [redacted] | | 2 | 2 | | DB |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 2 | 2 | | DB |
| | [redacted] | | 2 | 2 | | DB |
| | [redacted] | | 2 | 2 | | DB |
| | [redacted] | | 2 | 2 | | MC |
| | [redacted] | | 1 | 1 | | [illegible] |
| | [redacted] | | 2 | 2 | | [illegible] |
| | [redacted] | | 2 | 2 | | [illegible] |
| | [redacted] | | 2 | 2 | | [illegible] |
| | [redacted] | | 2 | 2 | | [illegible] |

| Date | Name | R# | Issue | Return | Count | Staff |
|---|---|---|---|---|---|---|
| 5/11/12 | ███████ | | 2 | 2 | | MC |
| 5/11/2 | ███████ | | 2 | 2 | | ██ |
| 5/11/12 | ███████ | | 2 | 2 | 0 | ██ |
| 5/11/12 | ███████ | | | | | |
| 5/14/12 | ███████ | | 2 | 0 | | MC |
| | ███████ | | 2 | 2 | | MC |
| | ███████ | | 2 | | | |
| | ███████ | | 2 | 2 | | MC |
| | ███████ | | 2 | 2 | | MC |
| | ███████ | | 1 | 1 | | MC |
| | | | 5-16-12 | | 100 | |
| 5-16-12 | ███████ | | 2 | 2 | | TC |
| 5-16-12 | ███████ | | 2+1 | 3 | | TC |
| 5-16-12 | ███████ | | 2 | 2 | | TC |
| 5-16-12 | ███████ | | 4 | 1 | | TC |
| 5-16-12 | ███████ | | 2 | 4 | | TE |
| 5-16-12 | ███████ | | 2 | 2 | | Beal |
| 5-16-12 | ███████ | | 2 | 2 | | Beal |
| 5-16-12 | ███████ | | 2 | | | Beal |
| 5-16-12 | ███████ | | 2 | 2 | | OA |
| 5-16-12 | ███████ | | 2 | 2 | | OA |
| 5-10-12 | ███████ | | 2 | 2 | | Beal |
| 5-10-12 | ███████ | | 2 | 2 | | Beal |
| 5/16/12 | ███████ | | 2 | | | Beal |
| 5/16/12 | ███████ | | 2 | 2 | | Beal |
| 5/16/12 | ███████ | | 2 | 2 | | Beal |
| 5/16/12 | ███████ | | 2 | 2 | | Beal |
| 5/16/12 | ███████ | | 3 | 2 | | Beal |
| 5/16/12 | ███████ | | 2 | 2 | | Beal |
| 5/16/12 | ███████ | | 2 | 2 | | Beal |
| 5/16/12 | ███████ | | 2 | 2 | | Beal |
| 5/16/12 | ███████ | | 2 | 2 | | Beal |
| 5-16-12 | ███████ | | 2 | 2 | | 4 |
| 05-16-12 | ███████ | | 2 | 2 | | OA |
| 5/16/12 | ███████ | | 2 | 2 | | b |
| 05-16-12 | ███████ | | 2 | 2 | | Aq |

| # | Date | Name | Reg# | Issue | Return | Count | |
|---|------|------|------|-------|--------|-------|---|
| C | 5-18-12 | | | | | 50 | dk |
| | | Wakefield | 16902036 | 2 | 2 | 48 | Mc |
| | | | | 2 | 2 | 46 | MC |
| | | | | 2 | 2 | 44 | J.K |
| | | | | 2 | 2 | 42 | 79 |
| | | | | 2 | 2 | 40 | 2 |
| | | | | 2 | 2 | 38 | 2 |
| | | | | 2 | 2 | 36 | 3 |
| | | | | 2 | 2 | 34 | 6B |
| | | | | 2 | 2 | 32 | Mc |
| | | | | 2 | 2 | 30 | MC |
| | | | | 2 | 2 | 28 | MC |
| | | | | 2 | 2 | 26 | MC |
| | | | | 2 | 2 | 24 | MD |
| | | | | 2 | 2 | 22 | D |
| | | | | 1 | | 21 | D |
| | | | | 2 | | 19 | D |
| | | O/su | Inventory | — | — | 16 | DB |
| | | Add 34 | | Lazus | Count | 50 | DB |
| | 5-21-12 | | | 2 | 2 | 48 | DB |
| | 5/21/12 | | | 2 | 2 | 46 | DB |
| | 5/21/12 | | | 1 | 1 | 45 | D |
| | 5/21/12 | | | 2 | 2 | 43 | Mc |
| | | | | 1 | 1 | 42 | DD |
| | | | | 2 | 2 | 40 | DD |
| | | | | 2 | 2 | 38 | NC |
| | | | | 2 | 2 | 36 | MC |
| | | | | 2 | 2 | 34 | MC |
| | | | | 2 | 2 | 32 | 7i |
| | | | | 2 | 2 | 30 | |
| | | | | 2 | 4 | | |
| | | | | 2 | | | |
| | | Wakefield | | 2 | 2 | 28 | HC |
| | | | | 2 | 2 | 26 | |
| | | | | 2 | 2 | 24 | MC |
| | | | | 2 | 2 | 22 | M |
| | | | | 2 | 2 | 20 | D |

| Date | Name | Reg # | Issued | Returned | Emp | Staff | |
|------|------|-------|--------|----------|-----|-------|---|
| 5/21/12 | ▉▉▉▉ | | 2 | 2 | 16 | | S |
| 5/21/12 | ▉▉▉▉ | | 2 | 2 | 14 | | S |
| 5-21-12 | ▉▉▉▉ | | 2 | | 12 | SP | S |
| | | | | | | | |
| | | | | | | | S |
| | | | | | | | |